IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HOLLY D. ANDERTON,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br>　　　　　　　Defendant. | Case No. 2:11-cv-894 DN<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>District Judge David Nuffer |

　　　　Before the court is Magistrate Judge Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommending that the court affirm the Commissioner's decision denying Anderton's application for social security benefits. No objections were filed.

　　　　The court has reviewed all relevant materials de novo and adopts the Report and Recommendation in its entirety. The decision of the Commissioner is **AFFIRMED**. The Clerk of the Court is directed to close the case.

　　　　Signed March 26, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　District Judge David Nuffer

---

[1] Docket no. 41, filed March 4, 2013.